NO. CAAP-13-0000429

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DISCOVER BANK, a Delaware Corporation, Plaintiff-Appellee, v.
BRADFORD W. ADAMS and EI RAYNA K. ADAMS, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC09-1-009133)

ORDER OF CORRECTION
(By: Foley, J.)

The Order filed on July 25, 2013, is hereby corrected as follows:

In the title of the order on the first page, is corrected to read:

ORDER
(1) DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
AND
(2) DENYING AS MOOT ANY AND ALL PENDING MOTIONS
IN APPELLATE COURT CASE NUMBER CAAP-13-0000429
(By: Nakamura, Chief Judge, Foley and Fujise, JJ.)

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, July 25, 2013.

Associate Judge